THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 0:22-cv-61883-RAR

PREPARED FOOD PHOTOS, INC. f/k/a
ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

     Plaintiff,

v.

PERRY WINGS PLUS, INC.,

     Defendant.

_____

## [PROPOSED] ORDER GRANTING MOTION FOR FINAL JUDGMENT ON WRIT OF GARNISHMENT

THIS MATTER having come before this Court on the Plaintiff's Motion for Final Judgment on Writ of Garnishment, and the Court being otherwise fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that:

1. The Motion is **GRANTED**.

2. The Writ of Garnishment served upon Garnishee, Uber Technologies, Inc., on January 8, 2024, shall hereby be satisfied as follows:

A) Garnishee, Uber Technologies, Inc., shall forthwith make payment by official check of Garnishee in the sum of $221.71 payable to CopyCat Legal PLLC Trust Account, 3111 N. University Drive, Suite 301, Coral Springs, FL 33065 within five (5) days of the date of this Judgment.

B)     If payment to CopyCat Legal PLLC Trust Account is not made in accordance with the terms of this Judgment, the Writ of Garnishment served upon Garnishee, Uber Technologies, Inc., on August 20, 2024, shall remain in full effect pending further proceedings against Garnishee.

**DONE AND ORDERED** in chambers in Fort Lauderdale, Florida on _____, 2024.

_____
RODOLFO A. RUIZ, II
United States District Judge