## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 22-cv-61883-RAR

**PREPARED FOOD PHOTOS, INC.** *f/k/a*
**ADLIFE MARKETING &**
**COMMUNICATIONS CO., INC.,**

     Plaintiff,

v.

**PERRY WINGS PLUS, INC.,**

     Defendant.

_____

### ORDER GRANTING MOTION FOR
### FINAL JUDGMENT ON WRIT OF GARNISHMENT

**THIS CAUSE** comes before the Court on Plaintiff's Motion for Final Judgment on Writ of Garnishment ("Motion"), [ECF No. 68].  The Court having reviewed the Motion, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.  The Writ of Garnishment served upon Garnishee, Uber Technologies, Inc., on January 8, 2024, shall hereby be satisfied as follows:

A)     Garnishee, Uber Technologies, Inc., shall forthwith make payment by official check of Garnishee in the sum of $221.71 payable to CopyCat Legal PLLC Trust Account, 3111 N. University Drive, Suite 301, Coral Springs, FL 33065 within five (5) days of the date of this Judgment.

B)     If payment to CopyCat Legal PLLC Trust Account is not made in accordance with the terms of this Judgment, the Writ of Garnishment served upon Garnishee, Uber Technologies, Inc., on August 20, 2024, *see* [ECF Nos. 60, 61], shall remain in full effect pending further

proceedings against Garnishee.

      **DONE AND ORDERED** in Miami, Florida, this 18th day of November, 2024.

 

_____

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**